No. 00–10006. HAYWOOD v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–10007. FIX v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–10009. HATCHER v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 00–10013. PARRISH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–10017. GRANT ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–10046. SCHILLING v. KINGSTON, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 00–10061. RASHED v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 00–1577. CAIN, WARDEN v. RIDEAU. C. A. 5th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 00–1653. GRIMES v. WETZLER, FORMER COMMISSIONER OF TAXATION AND FINANCE OF NEW YORK, ET AL. Super. Ct. Pa. Certiorari denied. JUSTICE GINSBURG took no part in the consideration or decision of this petition.

No. 00–10631 (00A1101). GARZA v. LAPPIN, WARDEN. C. A. 7th Cir. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Certiorari denied.